IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, : :  Plaintiff, : : v. : : THE SAVINGS BANK MUTUAL LIFE INSURANCE COMPANY OF MASSACHUSETTS : : :  Defendants. : | CIVIL ACTION FILE NO. 1:24-cv-12950 |

## PLAINTIFF'S MOTION FOR A
## RULE 16 CONFERENCE AND ENTRY OF SCHEDULING ORDER

Plaintiff respectfully moves the Court, pursuant to Fed. R. Civ. P. 16(a) and (b) and Local Rule 16.1, to schedule a Rule 16 scheduling conference so that discovery may commence and a case management schedule may be set.

This putative class action alleges violations of the Telephone Consumer Protection Act arising from telemarketing activity associated with Defendant the Savings Bank Mutual Life Insurance Company of Massachusetts ("SBLI"). To keep the case moving efficiently, Plaintiff seeks the Court's guidance through a scheduling conference under Rule 16. A Rule 16 conference will allow the parties to discuss discovery topics, timing for class-certification briefing, and any staging of discovery the Court may prefer. Entering a scheduling order now will prevent unnecessary delay and provide clarity on deadlines. Plaintiff is prepared to confer under Rule 26(f) and submit a joint statement addressing the topics required by Local Rule 16.1(d), including proposed deadlines for fact discovery, expert disclosures, class certification, and dispositive motions.

Plaintiff respectfully requests that the Court: (1) set a Rule 16 scheduling conference at the Court's earliest convenience; (2) direct the parties to meet and confer under Rule 26(f) and Local Rule 16.1 and to submit a joint statement in advance of the conference; and (3) enter a scheduling order establishing deadlines for discovery, class-certification briefing, expert disclosures, and dispositive motions.

Dated: August 19, 2025

                                        Respectfully submitted,

                                        */s/ Anthony Paronich*
                                        Anthony Paronich
                                        PARONICH LAW, P.C.
                                        350 Lincoln Street, Suite 2400
                                        Hingham, MA 02043
                                        Tel: (617) 485-0018 | Fax: (508) 318-8100
                                        Email: anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 19, 2025.


/s/ Anthony Paronich

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for a Rule 16 Conference and Entry of Scheduling Order, it is hereby ORDERED that the motion is GRANTED. The Court will conduct a Rule 16 scheduling conference on _____ at _____ \_\_.m. The parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1 and file a joint statement no later than seven (7) days before the conference. The joint statement shall include proposed deadlines for fact discovery, expert discovery, class-certification briefing, and dispositive motions.

SO ORDERED.

Dated: _____

_____

United States District Judge