UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 24-cv-12950-NMG

<u>Chet Michael Wilson</u>
Plaintiff

v.

<u>The Savings Bank Mutual Life Insurance Company of Massachusetts</u>
Defendant

SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

By the Court,

/s/ Nicole Cowan
Docket Clerk

September 12, 2025